**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

*FILED*
*BILLINGS DIV.*
*2011 SEP 30  PM 2 38*
*PATRICK E. DUFFY, CLERK*
_____
*DEPUTY CLERK*

| | |
|---|---|
| **JOHN KESSEL,** ) | **Cause No.  CV-11-35-BU-RFC** |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **ORDER ADOPTING FINDINGS** |
| ) | **AND RECOMMENDATIONS OF** |
| **ROBERT DOOLEY; ATTORNEY** ) | **U.S. MAGISTRATE JUDGE** |
| **GENERAL OF THE STATE OF** ) | |
| **MONTANA,** ) | |
| ) | |
| **Respondents.** ) | |
| _____ ) | |

Petitioner has moved the Court to reconsider its Order dismissing his § 2254

habeas petition for lack of jurisdiction because it is an unauthorized second or

successive petition. *Doc. 8.* First, the motion must be denied because judgment

has already been entered, because Petitioner did not seek leave of Court before

filing the motion, and because there is no cause for reconsideration since neither

the material facts nor the applicable law have changed, *see* Local Rule 7.3..

Morever, even if the procedural prerequisites were satisfied, nothing can change

the fact that this Court lacks jurisdiction over this case because it is a second or

successive petition challenging the same conviction.

1

The motion for reconsideration (*doc. 8*) is **DENIED**.  This Court will not consider any further filings by Petitioner in this case.

**SO ORDERED.**

DATED this ____ day of September, 2011.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

2